# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WILLIE T. BOBBITT, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00011-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH WHITENER | ) | |
| STEPHANIE HALL | ) | |
| FNU LINK | ) | |
| FNU COCKERHAM | ) | |
| FNU BEARD | ) | |
| DANIEL BROWN, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2014, Order.

July 28, 2014

Frank G. Johns, Clerk
United States District Court