**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:14-cv-11-FDW**

| | |
|---|---|
| **WILLIE T. BOBBITT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     **ORDER** |
| **KEITH WHITENER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

THIS MATTER is before the Court on consideration of Plaintiff's motion to reconsider its order dismissing Plaintiff's pro se complaint which he filed pursuant to 42 U.S.C. § 1983.[1]

With regard to motions to alter or amend a judgment under Rule 59(e), the United States Court of Appeals for the Fourth Circuit has stated: "A district court has the discretion to grant a Rule 59(e) motion only in very narrow circumstances: '(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or to prevent manifest injustice.'" Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002) (quoting Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994)). Furthermore, "Rule 59(e) motions may not be used to make arguments that could have been made before the judgment was entered." Id. (internal citation omitted). Indeed, the circumstances under which a Rule 59(e) motion may be granted are so limited that "[c]ommentators observe 'because of the narrow purposes for which they are intended, Rule 59(e) motions typically are denied.'" Woodrum v. Thomas Mem'l Hosp. Found., Inc., 186 F.R.D. 350, 351 (S.D. W. Va. 1999) (quoting 11 Charles Alan Wright, et al., Federal Practice and Procedure § 2810.1 (2d ed. 1995)).

After considering Plaintiff's motion, the Court finds that he has not demonstrated the

---

[1] Plaintiff is presently a prisoner of the State of North Carolina and was so at the time he filed his complaint and he is currently confined in Central Prison in Raleigh, North Carolina.

existence of any of the limited circumstances under which a Rule 59(e) motion may be granted and the Court will therefore deny the motion for reconsideration.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for reconsideration is **DENIED**. (Doc. No. 19).

**IT IS SO ORDERED.**

Signed: January 9, 2015

Frank D. Whitney
Chief United States District Judge